# UNITED STATES DISTRICT COURT

# FOR THE MIDDLE DISTRICT OF TENNESSEE

# NASHVILLE DIVISION

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor, | )<br>)<br>) |
| Plaintiff | ) Civil Action No. 3:12-cv-1133<br>)<br>) Judge Nixon |
| v. | ) Magistrate Judge Knowles<br>) |
| LOS ARCOS SEAFOOD & GRILL, INC., d/b/a LOS ARCOS MEXICAN GRILL & SEAFOOD, JOSE GUTIERREZ, JR., and MARTIN ROMO, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants | ) |

## SECRETARY'S MOTION FOR LEAVE TO FILE
## A SUPPLEMENTAL EXHIBIT B TO THE COMPLAINT

The Secretary of Labor, United States Department of Labor, pursuant to F.R.C.P. Rule 15(a)(2), hereby moves for leave to file the attached Supplemental Exhibit B to the Complaint (ECF Doc. No. 1), to conform to the proof regarding affected employees currently known to Plaintiff before trial for whom backwages are sought, as well as to conform to the law regarding the period of recovery under the applicable Statute of Limitations for Fair Labor